IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

KENYA TEASLEY,  )
 )
    Plaintiff, )
 )
    v. ) 1:20-CV-901
 )
SUZANNE HANSEN and JAMES )
FOX, )
 )
    Defendants. )

## ORDER

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and the Clerk served the Recommendation on the plaintiff. The plaintiff filed objections to the Recommendation, Doc. 6, but nothing in the objections undermines the Magistrate Judge's analysis, which states only some of the reasons the plaintiff's complaint is subject to dismissal. In addition, there is no constitutional right to a mediated settlement conference, and if the plaintiff thought the state court hearing was unfair to her, she could have appealed.

To the extent the plaintiff seeks to add a new cause of action in her objections, the motion is denied because the claim she seeks to raise would not withstand a motion to dismiss.

In her objection, the plaintiff does not address the Magistrate Judge's Recommendation that her motion to seal be denied. The motion to seal will be denied.

After consideration of the objections and the record, the Court hereby adopts the Magistrate Judge's Recommendation in full.

It is **ORDERED AND ADJUDGED** that the Complaint is dismissed for failure to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B). It is **FURTHER ORDERED** that the plaintiff's motion to seal documents, Doc. 3, is **DENIED** and the Clerk shall unseal the complaint at Doc. 2.

This the 8th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE